# COLORADO USA 

## DRIVER LICENSE

DOB 08/13/1978
DL# 94-252-3728
EXP 08/13/2030



OMMERT
ABIGAIL EICHHORN
6208 RED CANYON DR APT A
HIGHLANDS RANCH, CO 80130

ISS: 08/06/2025
Sex: F    Hgt 5'-06"    Eye: HAZ
Class: R    C

C    08/13/1978