

# EMERGENCY FILING – OMMERT v. USAA – REQUEST FOR IMMEDIATE DOCKETING & 24-HOUR RELIEF
3 messages

**Abigail Ommert** <abbye1978@gmail.com>  Mon, Dec 8, 2025 at 11:48 AM
To: COD_ProSe@cod.uscourts.gov
Bcc: Tiffany Vaughn, Owner - Tiffany's Specialized Care <batmansparklepants@gmail.com>, John Eichhorn <jce3@outlook.com>, Rita Eichhorn Mom Cell <ritaeichhorn@yahoo.com>, Abby and JD <abbyjdo@gmail.com>, tossiescruggs@gmail.com, Kit Davlin <kit@robinsonandhenry.com>, John Creager <john@creagerlegal.com>, johndavidommert@gmail.com, Red Canyon - Palomino Park Manager <redcanyonmgr@greystar.com>, Lindsay Jasper <lindsay@tsm.law>, Red Canyon - Palomino Park <redcanyon@greystar.com>, RedCanyonatPalominoPark.Reply.GreystarRE@aptleasing.info, Nicole Vaughan <nvaughan428@gmail.com>

UNITED STATES DISTRICT COURT DISTRICT OF COLORADO (Attn: Clerk's Office),

I am filing an emergency pro se civil action involving a permanently disabled minor child.

I am requesting immediate docketing, assignment of a judge today, and acknowledgment of the Emergency Addendum requesting 24-hour relief due to imminent eviction on December 15 and collapse of medically necessary caregiving supports.

Plaintiff respectfully requests that the Court treat this matter as an immediate emergency, assign a judge today, and issue 24-hour emergency monetary relief orders as described above, pending further proceedings.

Plaintiff will file a full Motion for Temporary Restraining Order upon receipt of the case number.


Respectfully,

/s/ Abigail E. Ommert
Pro Se Plaintiff


**Attached to this email:**
✔ 1. Emergency Federal Complaint
✔ 2. Emergency Addendum (24-hour relief request)
✔ 3. Clerk Cover Letter (PDF)
✔ 4. Civil Cover Sheet (JS-44)
✔ 5. Optional IFP fee waiver form (AO 239)
✔ 6. Copy Plaintiff's driver's license and photo for verification



**Kindly confirm receipt of this email and please let me know if you have any issues opening/viewing these six (6) PDF attachments**

Regards,
Abigail E. Ommert
Call/text: 720-514-3602
abbye1978@gmail.com
A Physicians Home Healthcare Group
(Full-time live-in parent caregiver, State of Colorado and Medicaid recognized, for my 9-year-old son JD, who has Down syndrome, autism, and intellectual developmental disabilities. JD is nonverbal, legally blind in his left eye, and requires extensive support for multiple medical and behavioral needs.)
Disclosure: any matters regarding my son, JD, and his education, medical, behavioral, therapeutic etc. needs including but not limited to phone calls, video calls/meetings, in-person meetings, written correspondence, etc.; will be recorded.

---

**6 attachments**


**Civil_Cover_Sheet_copy.PDF**
13 KB

📄 **IFP_Application_copy.PDF**
12 KB

📄 **Emergency_Federal_Complaint_Updated (1) (1)(1)_copy.PDF.PDF**
76 KB

📄 **Clerk_Cover_Letter.pdf**
2 KB

📄 **EMERGENCY ADDENDUM – REQUEST FOR 24-HOUR RELIEF (1).PDF**
61 KB

📄 **Copy driver license id Plaintiff Abigail E Ommert.PDF**
846 KB

---

**Abigail Ommert** <abbye1978@gmail.com>     Mon, Dec 8, 2025 at 12:20 PM
To: CEOMEMBERCOMMS@usaa.com
Cc: COD_ProSe@cod.uscourts.gov
Bcc: Abby and JD <abbyjdo@gmail.com>, Tiffany Vaughn, Owner - Tiffany's Specialized Care <batmansparklepants@gmail.com>

USAA Office of the CEO (cc: Attn Ashley):

Realize I forgot to copy you on the original email I just sent to the clerk's office so here it is and a little note:

Fwd:
I appreciate you (finally) contacting me  (finally) after I sent out a mess complaint email to you every regulatory agency out there and copied your office on it December 3rd however it is now December 8th and per Ashley in my conversation Ashley's from the CEO's office on December 4th which we had scheduled it for 11:00 a.m. we talked I proactively the day before insisted in writing and on the phone that these checks wants my account money was funded and money available knowing it was an emergency and they were past their 60 days.. I couldn't wait one more day to avoid eviction ability to eat get gas take care of my disabled since caregiving etc etc etc medicines.

I truly feel I've been more than fair more than patient I have a care every single day for my son for our lives as a single mom 24/7 caregiving our world isn't the same as most --- but what I have learned is to give everyone the benefit of the doubt initially --- but by ALL MEANS know when to walk away and NEVER look back. Your organization has abused ignored dismissed and acted in an absolutely disgusting way again I have a kid every day I work with all kinds of people agencies situations systems benefits programs that is my world this is the worst thing I've ever experienced from any entity whatsoever that took zero absolutely zero regard for what I was communicating dozens of times over the last few months ----- THAT MY 9-YEAR-OLD PERMANENTLY DISABLED CHILD AND I WERE IN A HOMELESS CAN'T EAT SURVIVAL SITUATION AND THERE WAS NOWHERE ELSE TO GO EVEN COMMUNITY RESOURCES ARE OUT FOR THE REMAINDER OF THE YEAR.

SO WITH ALL DUE RESPECT ---- it's now my personal goal going forward during every minute of every single day of making sure you have to pay and significantly, and are punished and exposed for every last little thing you've done to us this entire process and since September 29th of this year; and punished to the absolute maximum level possible.

I'm officially notifying you here and forwarding you a copy (see below and attached documents) USAA Office of the CEO, of what I just filed in the federal district court state of Colorado Clerk's office just a few moments ago.

I'M DONE. USAA IS ABUSIVE . And I have A RIDICULOUS amount  to prove it. Thanks for putting us on the street still don't have a damn check in our hand and you didn't do what I asked which was make them funds available immediately when I talk to Ashley it was very clear on this you can see the attached transcripts of those calls USAA even admitted it was awful what you did to us and have been doing to us and I'm still doing to us but yet at the end of the day you couldn't even honor my request for a shipping and tracking number on these checks and to make sure they were certified funds so they didn't get caught up in my new bank because Chase will only allow $2,500 of that to be process which is the thank you for the check sign I also ask for the opportunity if you can do certified text to do the same day completely ignored this was on December 3rd. Instead now I sit here writing this email with the checks that we're supposed to have been mailed out on December 3rd it's December 8th I've checked my mail absolutely nothing so this is that point I'm moving forward I'm Not looking Back we will enjoy sleeping in our car looking for bread crumbs not able to get him his respiratory stuff. Yeah thanks USAA. The only thing I have left is to make sure the judge the entire community and the world knows our story and what USAA did to us in the situation you have now put us in.

YOU HAVE CAUSED SO MUCH HARM TO MY SON AND I --- I'LL NEVER EVER EVER FORGIVE YOU - WHAT A HORRIBLE AWFUL JUST HORRIBLE ORGANIZATION YOU ARE , THAT DOESN'T GIVE ONE OUNCE ABOUT THE HUMAN BEINGS YOU SERVE. GOODBYE. I HOPE YOUR ORGANIZATION GOES UNDER THE FACT YOU COULD DO THIS TO US.


Warm regards,
[Quoted text hidden]
[Quoted text hidden]

13 attachments

- de9ebd56-9597-4df1-aacd-b8be945e6877-1_all_8317.jpg
  212 KB
- de9ebd56-9597-4df1-aacd-b8be945e6877-1_all_3783.jpg
  150 KB
- de9ebd56-9597-4df1-aacd-b8be945e6877-1_all_8306.jpg
  202 KB
- de9ebd56-9597-4df1-aacd-b8be945e6877-1_all_8312.jpg
  210 KB
- IMG_20240710_160508~2.jpg
  92 KB
- 20250828_184017.jpg
  502 KB
- IMG_20240710_160510~2.jpg
  766 KB
- Civil_Cover_Sheet_copy.PDF
  13 KB
- IFP_Application_copy.PDF
  12 KB
- Emergency_Federal_Complaint_Updated (1) (1)(1)_copy.PDF.PDF
  76 KB
- Clerk_Cover_Letter.pdf
  2 KB
- EMERGENCY ADDENDUM – REQUEST FOR 24-HOUR RELIEF (1).PDF
  61 KB
- Copy driver license id Plaintiff Abigail E Ommert.PDF
  846 KB

---

**Mail Delivery System** <MAILER-DAEMON@mail3.uscourts.gov>   Mon, Dec 8, 2025 at 12:21 PM
To: abbye1978@gmail.com

The following message to <COD_ProSe@cod.uscourts.gov> was undeliverable.
The reason for the problem:
5.1.0 - Unknown address error 550-'5.4.1 Recipient address rejected: Access denied. For more information see
https://aka.ms/EXOSmtpErrors [DS4PEPF00000172.namprd09.prod.outlook.com 2025-12-08T19:21:03.222Z 08DE2E69A7EBE85E]'